```
Eric D. Mills
DUBOIS MILLS, PLLC
104 4th Street N, Suite 200
P.O. Box 1348
Great Falls, Montana 59403
Ph: 406.315.3242
Fax: 406. 727.1812
eric@406attorneys.com
```

*Attorneys for Plaintiff*

CLERK OF DISTRICT COURT
TINA HENRY
2020 APR -7 PM 3:32
FILED
BY C. Mills
DEPUTY

## MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | |
|---|---|
| FRANK HEADLEY,<br><br>   Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC.,<br><br>   Defendant. | Cause No.: **CDV-20-0193**<br><br>**JOHN A. KUTZMAN**<br>CV-20-46-GF-BMM<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff, Frank Headley, by and through Counsel, Eric D. Mills of DuBois Mills, PLLC, and submits his *Complaint and Demand for Jury Trial* against Defendant as follows:

### GENERAL ALLEGATIONS

1. Frank Headley ("Plaintiff") is a resident of Great Falls, Cascade County, Montana.

2. Wal-Mart Stores, Inc. is a corporation organized and existing under the laws of Montana and which operates in Great Falls, Cascade County, Montana. The registered agent for Wal-Mart Stores is CT Corporation System, 3011 American Way, Missoula County, Missoula, Montana.

3. Plaintiff was employed by Defendant(s) starting approximately July 3, 2016. He satisfied any probationary period which may have been associated with his employment

at Defendant(s).

4. Plaintiff was terminated on November 7, 2019.

5. Prior to discharge, Plaintiff was working full-time and earning approximately $40,000.00 per year. He also worked overtime and received fringe benefits including health, dental, vision, and life insurance.

6. Prior to discharge, Plaintiff satisfactorily performed work for Defendant(s) and met or exceeded performance expectations.

7. After discharge, Plaintiff has complied with all statutes regarding mitigating his damages and seeking alternate employment.

**WRONGFUL DISCHARGE FROM EMPLOYMENT**

8. Plaintiff realleges paragraphs 1 through 7 as if fully set forth herein.

9. Defendant(s)' reason for discharging Plaintiff was not for good cause.

10. Defendant(s) violated express provisions of its own written personnel policy when discharging Plaintiff.

11. Under Mont. Code Ann. § 39-2-904(1), Defendant acted unlawfully when discharging Plaintiff.

12. Due to and as a direct result of Defendant(s)' unlawful acts, Plaintiff has sustained damages in an amount to be proven at trial.

WHEREFORE, Plaintiff requests relief against Defendant(s) as follows:

1. For lost wages and fringe benefits for four (4) years from the date of discharge, less interim earnings as required by law;

2. For actual damages in an amount to be proven at trial;

3. For Plaintiff's costs and expenses incurred herein, and;

4. For such other and further relief as the Court may deem just and equitable.

## JURY DEMAND

Plaintiff demands a jury trial of all issues so triable in this case.

DATED this 7th day of April 2020.

Eric D. Mills
*Attorney for Plaintiff*

## Separation Notice - Montana

Statute Reference: 39-2-801   Date of Termination: 11-7-19   *wrong SS #*

### SECTION I. ASSOCIATE CURRENT INFORMATION

Associate Name: Frank Headley   Social Security No. 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

Work Location: 7199 Great Falls, MT.

Work Position: Job Code 1-594-101   Job Title: Fresh Production Supervisor

Period of employment: From 7-29-2017 To 11-7-19

### SECTION II. REASON FOR SEPARATION (enter codes and description from exit interview)

[ ] Voluntary

[X] Involuntary

Reason for separation: Attendence policy states that associate should have no more than 5 exceptions. Associate has 5.

### SECTION III. FINAL WAGES

Associate Received:
[ ] Regular Wages
[ ] Vacation Pay
[ ] Wage in Lieu
[ ] Bonus
[ ] Separation/Severance Pay
[ ] Profit Sharing/401k

In the amount of $_____ for period from _____ to _____

If Associate retired, furnish amount of retirement pay and what percentage of contributions were paid by the employer. _____ per month _____ % paid by employer

Note: Wal-Mart Stores, Inc. does not have a qualified retirement plan.

### SECTION IV. EMPLOYER CERTIFICATION

Employer Name: Walmart #7199
Address: 5320 10th Avenue So.
City: Great Falls, MT 59405
Telephone Number: (406) 770-6083
State: _____ Zip: _____
Email: _____

Employer's State Department of Labor Account Number: 308906

### SECTION V. CERTIFYING OFFICIAL

I acknowledge that the above Associate has been separated from work at Wal-mart and the information furnished in this document is true and correct. This report has been delivered to or mailed to the Associate.

Name: Sean Wilkinson   Date: 11-7-19
Title: ASM
Signature: Sean C. Wilkinson

**NOTICE TO ASSOCIATE**
PLEASE USE THIS FORM IF YOU WISH TO FILE FOR UNEMPLOYMENT INSURANCE BENEFITS.

Complete Along with Exit Interview (WMP 20)

(13)