IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FRANK HEADLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | Case No. 4:20-cv-00046<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Stipulation to Dismiss with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorneys' fees.

Dated this 23rd day of September 2020.

_____
Brian Morris, Chief District Judge
United States District Court